UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TERRICK A. WILLIAMS, SR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:15CV359 SNLJ |
| BUREAU OF PRISONS, | ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Plaintiff, a prisoner, seeks leave to proceed in forma pauperis in this civil action under *Bivens v. Six Unknown Agents*. Having reviewed plaintiff's financial information, the Court assesses a partial initial filing fee of $15.00, which is twenty percent of his average monthly deposit. *See* 28 U.S.C. § 1915(b).

Plaintiff is imprisoned in Lewisburg, Pennsylvania. He alleges that he has been abused by prison staff there.

Under 28 U.S.C. § 1391(b), venue lies in the district where defendants are located. Title 28 U.S.C. § 1406 states that the Court may dismiss an action if venue is not proper. As a result, this action is dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that the plaintiff must pay an initial filing fee of $15.00 within thirty (30) days of the date of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.

**IT IS FURTHER ORDERED** that this action is **DISMISSED.**

An Order of Dismissal will be filed separately.

Dated this 2<u>nd</u> day of July, 2015.

                                                  STEPHEN N. LIMBAUGH, JR.
                                                UNITED STATES DISTRICT JUDGE